**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., | ) | Civil Action |
| | ) | |
| | ) | No. 2:13-cv-00387 |
| Plaintiff, | ) | |
| | ) | Judge Mark R. Hornak |
| v. | ) | |
| | ) | |
| THORLEY INDUSTRIES, LLC (*d/b/a* 4MOMS), | ) | ***Electronically Filed*** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CLAIM CONSTRUCTION PRESENTATION SLIDES**

Below please find the presentation slides used by Defendant Thorley's counsel at the

Claim Construction Hearing conducted on December 4, 2013.


Dated:  December 4, 2013                    Respectfully submitted,


                                           *s/ Bryan P. Clark*
                                           Kent E. Baldauf, Jr.
                                           PA ID No. 70793
                                           Bryan P. Clark
                                           PA ID No. 205708
                                           Ryan J. Miller
                                           PA ID No. 208015

                                           THE WEBB LAW FIRM
                                           One Gateway Center
                                           420 Ft. Duquesne Blvd., Suite 1200
                                           Pittsburgh, PA 15222
                                           412.471.8815
                                           412.471.4094 (fax)
                                           kbaldaufjr@webblaw.com
                                           bclark@webblaw.com
                                           rmiller@webblaw.com
                                           *Attorneys for Defendant*

No. 2:13-cv-00387

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 4th day of December, 2013, I electronically filed the foregoing

**CLAIM CONSTRUCTION PRESENTATION SLIDES** with the Clerk of the Court using the

CM/ECF system which sent notification of such filing to all counsel of record.


THE WEBB LAW FIRM


*s/ Bryan P. Clark*
Bryan P. Clark

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# Wonderland Nurserygoods Co., Ltd.

## v.

# Thorley Industries, LLC (d/b/a 4MOMS)

## 2:13-cv-00387

## Defendant's Claim Construction

### Before the Honorable Mark R. Hornak

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# U.S. Reissue Patent No. 43,919



"Baby Crib"

Field of the Invention
"The invention relates to a baby crib, more particularly a baby crib that can be assembled with ease"
Col. 1, lines 15-17.

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# U.S. Reissue Patent No. 43,919





FIG. 5 (Amended)

# Claim Construction Principles

- The words of a claim are generally given their ordinary and customary meaning. *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (Fed. Cir. 2005).

- Claim construction is not an obligatory exercise in redundancy, and district courts are not required to construe every limitation. *O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co., Ltd.*, 521 F.3d 1351, 1362 (Fed. Cir. 2008).

- Courts do not rewrite claims. *K-2 Corp. v. Salomon S.A.*, 191 F.3d 1356, 1364 (Fed. Cir. 1999).

# Courts Do Not Rewrite Claims

8. A ~~baby crib~~ bed with sides designed to support an infant in a sleeping or standing position comprising:

~~a bed frame structure including a plurality of upright tubes~~ a structure that gives shape and strength to a surface upon which a child can sleep or stand and which includes generally vertical hollow supports as structural components, wherein each of the ~~upright tubes~~ generally vertical hollow supports, respectively, includes ~~an outer wall~~ a wall away from the center of the tube and a receiving hole ~~extending along a~~ extending along the full length of the ~~upright tube~~ generally vertical hollow support, the ~~outer~~ wall away from the center of the tube having an ~~outwardly facing surface and defining an outer contour shape of the upright tube~~ a surface (or a portion of a surface) of a wall (or a portion of a wall) of the tube that faces away from the crib;

an enclosure member surrounding an enclosed space adapted for receiving a baby therein; and

a plurality of positioning posts provided on the enclosure member at locations corresponding to the ~~upright tubes~~ generally vertical hollow supports, wherein the positioning posts are ~~configured to lodge into~~ shaped to be held in the receiving holes of the ~~upright tubes~~ generally vertical hollow supports for supporting the enclosure member between the ~~upright tubes~~ generally vertical hollow supports, whereby the enclosure member ~~extends from one upright tube generally in directions of other of the upright tubes substantially out of contact with the outwardly facing surfaces of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member~~ reaches from one tube to another, and does not bear against any substantial portion of the surfaces that face away from the enclosure, so that those surfaces are exposed on the outer periphery of the enclosure.

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Baby Crib"

| Thorley Construction | Wonderland Construction |
|---|---|
| *Plain and ordinary meaning* | A bed with sides designed to support an infant in a sleeping or standing position |

- Common words used in normal manner
- No need to construe; can apply standard meaning
- Words added by Wonderland would cause unnecessary confusion

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Bed frame structure including a plurality of upright tubes"

| Thorley Construction | Wonderland Construction |
|---|---|
| *Plain and ordinary meaning* | A structure that gives shape and strength to a surface upon which a child can sleep or stand and which includes generally vertical hollow supports as structural components |

- Common words used in normal manner
- No need to construe; can apply standard meaning
- Words added by Wonderland would cause unnecessary confusion

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Upright Tubes"

Tube:

- A hollow cylinder, especially one that conveys a fluid or functions as a passage.
www.thefreedictionary.com

- Any of various usually cylindrical structures: as
   (a) a hollow elongated cylinder
www.merriam-Webster.com



FIG. 5 (Amended)

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Outer Wall"

| Thorley Construction | Wonderland Construction |
|---|---|
| *Plain and ordinary meaning* | A wall away from the center of the tube<br><br>** any wall can be an outer wall |

- Common words used in normal manner
- No need to construe; can apply standard meaning

9

# "Outer Wall"

Wonderland's constructions
- "Outer wall" can mean "any wall"
  - Reads word "outer" out of claim
- "Wall away from the center of a tube"



Figure 5

# "the outer wall having an outwardly facing surface and defining an outer contour shape of the upright tube"

| Thorley Construction | Wonderland Construction |
|---|---|
| Outwardly facing surface – outer or exterior surface<br><br>*Otherwise, plain and ordinary meaning* | A surface (or a portion of a surface) of a wall (or a portion of a wall) of the tube that faces away from the crib |

- No need to construe remaining language; can apply standard meaning
- Court should not rewrite the entire phrase

11

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Outwardly Facing Surface"

*Phillips* case:

- The words of a claim "are generally given their ordinary and customary meaning"
- The specification "is the single best guide to the meaning of a disputed term."



Figure 5

# "Outwardly Facing Surface"

*Phillips:*  The prosecution history informs the meaning of the claim language.



a)  **Enclosure Member Out of Contact with Outwardly Facing Surfaces of Tube**

Claims 1, 8, 15 and 20, as presented herein, recites that the enclosure/fabric member is out of contact with the outwardly facing surface of the upright tube.  This is show graphically below with reference to Figure 5:

Fabric **NOT** in contact with outside surfaces of upright tube

F I G. 5

# "Outwardly Facing Surface"

*Phillips:*  The prosecution history informs the meaning of the claim language.



July 19, 2010 Amendment, pg. 13 of 15

14

# "Outwardly Facing Surface"

Wonderland's Construction: "a surface … that faces away from the crib"



July 19, 2010 Amendment, pg. 12 of 15 (annotated)

# "Outer Contour Shape"

- Thorley's position – no construction needed
- Wonderland's position – unknown

> 8.      A baby crib comprising:
>
> a bed frame structure including a plurality of upright tubes, wherein each of the upright tubes, respectively, includes an outer wall and a receiving hole extending along a length of the upright tube, <u>the outer wall</u> having an outwardly facing surface and <u>defining an outer contour shape of the upright tube</u>;

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Configured to Lodge Into"

| Thorley Construction | Wonderland Construction |
|---|---|
| Shaped to fixedly fit into | Shaped to be held in |

- Dispute is primarily over the meaning of "lodge"

17

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "Configured to lodge into"



Specification

"Since the fabric member **2** is clamped between each of the upright tubes **11** and a corresponding one of the positioning posts **22**, the fabric member **2** can be positioned fixedly on the bed frame structure **1** without the need for screws."

18

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "The Whereby Clause"

| Thorley Construction | Wonderland Construction |
|---|---|
| Indefinite due to "exposed on the outer periphery of the enclosure"<br><br>*Otherwise, plain and ordinary meaning* | Whereby the enclosure member reaches from one tube to another, and does not bear against any substantial portion of the surfaces that face away from the enclosure, so that those surfaces are exposed on the outer periphery of the enclosure |

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "The Whereby Clause"

**Original Claim Language**

whereby the enclosure member
extends from one upright tube
generally in directions of other of the
upright tubes substantially out of
contact with the outwardly facing
surfaces of the upright tubes, such
that the outwardly facing surface of
each of the upright tubes is exposed
on an outside of the enclosure
member

**Wonderland's Proposed Modification**

whereby the enclosure member
~~extends~~ reaches from one ~~upright~~ tube
~~generally in directions of other of the~~
~~upright tubes substantially out of~~
~~contact with the outwardly facing~~
~~surfaces of the upright tubes~~ to
another, and does not bear against any
substantial portion of the surfaces that
face way from the enclosure, ~~such~~ so
that ~~the outwardly facing surface of~~
~~each of the upright tubes is~~ those
surfaces are exposed on ~~an outside~~
the outer periphery of the enclosure
~~member~~

# "The Whereby Clause"

**(a)  Whereby the enclosure member extends from one upright tube generally in directions of other of the upright tubes**

- Thorley's Position:  No construction necessary
- Wonderland's Construction:  whereby the enclosure member reaches from one tube to another
    - Omits "direction***s*** of other of the upright tube***s***."



# "The Whereby Clause"

*Phillips:*  The prosecution history informs the meaning of the claim language.

---

**D.     The fabric extends in two directions from the upright tubes**

The claims call for an arrangement whereby the enclosure member extends in two directions (plural) from the upright tubes (plural).  The feature is articulated differently in the various claims. For example, claim 1 says: "extends in directions between the upright tubes;" claim 8 says: "member extends from one upright tube generally in directions of at least two other of the upright tubes;" claim 15 says: "extending between the upright tubes;" and claim 20 says: "extends generally between two of the support tubes."  In the Gibbs reference, the center support is provided with two spaced-apart and separate fabric elements (as noted above, not an enclosure member at all), each of which extends from the center support in only one direction; from each of the outer tubes, the fabric also extends in only one direction, as shown below in Figure 5 of Gibbs:

Feb. 28, 2011 Pre-Appeal Brief, pg. 4 of 5

WONDERLAND v. THORLEY CLAIM CONSTRUCTION

# "The Whereby Clause"

**(b)  Substantially out of contact with**
- Wonderland's Construction:  does not bear against any substantial portion
- Thorley's Position:  No construction necessary

# "The Whereby Clause"

**(c)  Such that the outwardly facing surface of each of the upright tubes is exposed on an *outside of the* <span style="color:red">*enclosure member*</span>**

- Wonderland's Construction: so that those surfaces are exposed on the outer periphery of the <span style="color:red">*enclosure*</span>
  - Improper to simply delete the word "member"
- Different terms have different meanings:
  - Claim 1:  "such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the <span style="color:red">*enclosed space*</span>."

- "Enclosure member" ≠ "enclosure" or "enclosed space"

24