IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., | Civil Action |
| Plaintiff, | No. 2:13-cv-00387 |
| v. | Judge Mark R. Hornak |
| THORLEY INDUSTRIES LLC (*d/b/a* 4MOMS), | *Electronically Filed* |
| Defendant. | |

**DECLARATION OF BRYAN P. CLARK IN SUPPORT OF THORLEY'S OPPOSITION TO WONDERLAND'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

I, Bryan P. Clark, hereby declare as follows:

1. I am an attorney with The Webb Law Firm. I am admitted to practice in the Commonwealth of Pennsylvania and I have been admitted to the United States District Court for the Western District of Pennsylvania. The statements made in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. RE 43,919 ("the '919 patent").

3. Attached as Exhibit B is a true and correct copy of an Amendment and Reply to Office Action dated July 19, 2010 which was submitted during prosecution of the '919 patent, which I retrieved through the USPTO's PAIR online database.

4. Attached as Exhibit C is a true and correct copy of the Expert Report of Jerry Drobinski on Infringement which was served on June 16, 2014.

5. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Jerry Drobinski which occurred on September 16, 2014 in Tucson, Arizona.

1

      6.      Attached as Exhibit E is a true and correct copy of an opinion in *St. Jude Medical v. Volcano Corp.*, No. 10-631-RGA (D. Del. Oct. 12, 2012) which I retrieved using PACER.

      7.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2014 in Pittsburgh, Pennsylvania.

                                s/ *Bryan P. Clark*
                                Bryan P. Clark

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2014, I electronically filed the foregoing **DECLARATION OF BRYAN P. CLARK IN SUPPORT OF THORLEY'S OPPOSITION TO WONDERLAND'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

        THE WEBB LAW FIRM

        s/ *Bryan P. Clark*