*Exhibit E*

Highly Confidential - For Attorneys Eyes Only

```
                                                                    1

 1         IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF PENNSYLVANIA
 2
                            - - - -
 3
     WONDERLAND NURSERYGOODS CO., )
 4   LTD.,                       ) Civil Action No.:
                                 ) 2:13-CV-00387
 5                               )
              Plaintiff,         )
 6                               ) Judge Hon. Mark R.
             -vs-                ) Hornak
 7                               )
     THORLEY INDUSTRIES, LLC,    )
 8                               )
                                 )
 9                               )
              Defendant.         )
10

11
        * HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY *
12

13
                            - - - -
14
                 DEPOSITION OF:  DANIEL CUFFARO
15
                            - - - -
16

17              DATE:    September 22, 2014
                         Monday, 10:00 a.m.
18

19              LOCATION:  THE WEBB LAW FIRM
                           One Gateway Center
20                         420 Fort Duquesne
                           Boulevard, Suite 1200
21                         Pittsburgh, PA  15222

22
                TAKEN BY:  Plaintiff
23

24              REPORTED BY:  JoAnn M. Brown, RMR, CRR
                              Notary Public
25                            Reference No. JB35616
```

**AKF Reporters, Inc.**
**412-261-2323**

Highly Confidential - For Attorneys Eyes Only

26

1   A.    Well, again, I'd say if I -- this could be a
2         tube, it could be a rod, it could be a post.
3   Q.    Do you think a person of ordinary skill would
4         characterize it as a tube?
5   A.    Well, if what's illustrated here were part of
6         a frame, we would probably refer to it as a
7         tubular frame, not a postular or rodular.
8   Q.    Even though it's not hollow?
9   A.    Well, it's a cylinder with material removed
10        from it.
11  Q.    Can you point to me where there is a wall in
12        the cross-section in line 5?
13  A.    No.
14  Q.    There's no wall?
15  A.    Not in this embodiment.
16  Q.    Is there a wall in any of the uprights in
17        Hammil?
18  A.    There is the wall that encloses the space.
19  Q.    No, I meant on the post?
20  A.    No.  No.
21  Q.    Now, my understanding of the position that
22        you've taken is that a person of skill in the
23        art would not need to have had any experience
24        at all in designing juvenile products, is that
25        correct?

36

```
 1   A.    One.
 2   Q.    Page 2.  I'm just referring to that because --
 3         I'm sorry, page 2 of the June report.
 4   A.    Oh, yeah.
 5   Q.    Okay.  It's got a convenient place where the
 6         claim is laid out.  That's why I'm referring
 7         to that.
 8   A.    Okay.
 9   Q.    After the first line which says a baby crib
10         comprising, it says:  A bed frame structure
11         including a plurality of upright tubes.
12                Now, is it your understanding that
13         based on that language that the upright tubes
14         have to be part of the bed frame structure?
15   A.    They do have to be part of the structure, but
16         it's not clear that they are structural.
17   Q.    What's not clear about the tubes not having to
18         be structural if they're part of the frame?
19               MR. BALDAUF:  Objection that we're
20         mischaracterizing the court's claim
21         construction.  This position has been
22         presented and rejected by the court already.
23               MR. ROCHE:  Let's not coach the
24         witness.  Let's just read the question back.
25               MR. BALDAUF:  No, I think we need to
```