*Exhibit I*

```
            IN THE UNITED STATES DISTRICT COURT

        FOR THE WESTERN DISTRICT OF PENNSYLVANIA


WONDERLAND NURSERYGOODS CO.,    )
LTD.,                           )
                                )
        Plaintiff,               )
                                )
vs.                             )  No.  2:13-cv-00387
                                )
THORLEY INDUSTRIES (dba 4MOMS),)
                                )
        Defendant.              )
_____)



              DEPOSITION OF JERRY DROBINSKI

                  September 16, 2014

                    Tucson, Arizona
```

_____

```
      Reported by:  ANTHONY C. GARCIA, RDR, CR
           Certified Reporter No. 50218

         KATHY FINK & ASSOCIATES, INC.
              2819 East 22nd Street
              Tucson, Arizona  85713
        (520) 624-8644    Fax (520) 624-9336
```

1  letter number, but all of them have exposed tubes.  All
2  of them seem to have a fabric attachment that might be
3  similar to the claims of the patent.  So, therefore --
4  and they all came out after they all entered the
5  marketplace, after the Wonderland product was sold
6  through Graco.  So it was a fairly easy assumption that
7  they were copies in the marketplace.
8           It's very, very common in juvenile products
9  to have that happen.
10      Q.  Is it your contention that the mere presence
11 of an exposed tube in these various products identified
12 in Exhibit H means that those products infringed the
13 919 patent?
14      A.  No, I didn't say that.  I said the mere
15 presence of the exposed tube and what appears to be the
16 fabric attachment could indicate that they might
17 infringe the patent, and because of their visual
18 appearance would have the same visual appearance or
19 visual attractiveness, if you will, of the 919 patent
20 product.
21      Q.  Did you analyze any of the products
22 identified in Exhibit H of your report to determine
23 whether or not they infringe any claim of the 919
24 patent?
25      A.  Trying to find the right one here.