IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action<br><br>No. 2:13-cv-00387<br><br>Judge Mark R. Hornak<br><br>***Electronically Filed*** |
| Plaintiff, | | |
| v. | | |
| THORLEY INDUSTRIES LLC (*d/b/a* 4MOMS), | | |
| Defendant. | | |

### DECLARATION OF DANIEL F. CUFFARO

I, Daniel F. Cuffaro, hereby declare as follows:

1. I am an industrial designer practicing in the areas of consumer, commercial and medical products, and the chair of the Industrial Design program at the Cleveland Institute of Art ("CIA"), a professional college of art and design. As an industrial designer, I am experienced in research, ideation, design for manufacturing, working with multidisciplinary teams and navigating intellectual property issues.

2. I have authored two expert reports in connection with this case. Attached as Exhibit A to this Declaration is a true and correct copy of a report dated June 16, 2014 that relates to the issue of whether claims 8, 9, and 14 of U.S. Patent No. RE43,919 are valid. Attached as Exhibit B to this Declaration is a true and correct copy of a report dated July 31, 2014 that relates to the issue of whether the Thorley breeze$^{(R)}$ playard infringes U.S. Patent No. RE43,919.

3. I hereby adopt as my testimony in this case the statements that are contained in these two reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2014.

_____
Daniel F. Cuffaro